IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTONIO JEROME WALLER                                            PLAINTIFF

v.                          Case No. 1:24-cv-1085

SERGEANT DYLAN OWENS, Union
County Detention Center (UCDC); and
NURSE KASI SANFORD, Turn Key
Health Clinics, LLC                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 24. Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to prosecute this matter and for failure to comply with Orders of the Court. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* Local Rule 7.2(b).

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 24) in toto. Accordingly, Plaintiff's Complaint (ECF No. 1) is herby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge